HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

\*\*E-filed 3/29/06\*\*

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER L. WILLIS, ) | Civil No. C 05-04386 JF |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time up through and including Monday, April 10, 2006 in which to e-file her Motion for Summary Judgment.  This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

|   |   |
|---|---|
|   | _____ |
|   | KEVIN V. RYAN |
|   | United States Attorney |

Date: March 9, 2006    /s/_____
                       SARA WINSLOW
                       Assistant U.S. Attorney

Date: March 9, 2006    /s/_____
                       HARVEY P. SACKETT
                       Attorney for Plaintiff
                       WALTER L. WILLIS

IT IS SO ORDERED.

Dated: 3/28/06

_____
HON. JEREMY FOGEL
United States District Judge

2

STIPULATION AND ORDER