HARVEY P. SACKETT (72488)   **E-filed 4/27/06**

SACKETT AND ASSOCIATES
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER L. WILLIS, ) | Civil No. C 05-04386 JF |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time up through and including Monday, May 10, 2006 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

```
                                          _____
                                          KEVIN V. RYAN
                                          United States Attorney



Date: April 5, 2006                       /s/_____
                                          SARA WINSLOW
                                          Assistant U.S. Attorney




Date: April 5, 2006                       /s/_____
                                          HARVEY P. SACKETT
                                          Attorney for Plaintiff
                                          WALTER L. WILLIS


IT IS SO ORDERED.


                                          _____
Dated:   4/27/06
                                          HON. JEREMY FOGEL
                                          United States District Judge
```

2

STIPULATION AND ORDER