HARVEY P. SACKETT (72488)    **E-filed 5/19/06**

SACKETT AND ASSOCIATES
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER L. WILLIS,<br><br>    Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner,<br>Social Security Administration,<br><br>    Defendant. | Civil No. C 05-04386 JF<br><br>STIPULATION AND ORDER |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a third extension of time up through and including Friday, June 9, 2006 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

1

2                                                  _____
KEVIN V. RYAN
United States Attorney

3

4

5

Date: May 8, 2006                              /s/_____

6                                                         SARA WINSLOW
Assistant U.S. Attorney

7

8

9

Date: May 8, 2006                           /s/_____

10                                            HARVEY P. SACKETT
Attorney for Plaintiff

11                                            WALTER L. WILLIS

12

13 IT IS SO ORDERED.

14

15 Dated:     5/19/06

16                                            HON. JEREMY FOGEL
United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

2

STIPULATION AND ORDER