HARVEY P. SACKETT (72488)                                **E-filed 6/12/06**

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WALTER L. WILLIS, | No.: C-05-04386 JF |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR DISMISSAL |
| JO ANNE B. BARNHART, Commissioner, Social Security Administration, | |
| Defendant. | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this matter be dismissed in its entirety without prejudice.  Each party shall bear their own attorney's fees and costs.

STIPULATION AND ORDER

1

|   |   |
|---|---|
|   | _____<br>KEVIN V. RYAN<br>United States Attorney |
| Dated: June 9, 2006 | /s/_____<br>SARA WINSLOW<br>Assistant U.S. Attorney |
| Dated:  June 9, 2006 | /s/_____<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>WALTER L. WILLIS |

IT IS SO ORDERED.

Dated: __6/12/06_____     _____
                               HON. JEREMY FOGEL
                               United States District Judge

STIPULATION AND ORDER

2